**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1356**

MARY M. HARRIS,

　　　　　　　Plaintiff - Appellant,

　　　　v.

STATE OF MARYLAND; MARYLAND JUDICIARY; CIRCUIT COURT FOR
BALTIMORE CITY, MARYLAND,

　　　　　　　Defendants - Appellees,

　　　　and

LAWRENCE J. HOGAN, Official Capacity; LEE ROBINSON, Manager
for Human Employment Relations; CHERYL A. LOTZ, Manager for
Courtroom Clerks; DANIEL SMITH, Supervisor of Courtroom
Clerks Division,

　　　　　　　Defendants.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.　J. Frederick Motz, Senior District
Judge.　(1:13-cv-02579-JFM)

Submitted: September 30, 2016　　　Decided: November 1, 2016

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mary M. Harris, Appellant Pro Se. Brian E. Frosh, Attorney General, Michele J. McDonald, Alexis Burrell Rohde, Assistant Attorneys General, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mary M. Harris appeals the district court's orders granting Defendants' motion for summary judgment and denying Harris' motion for reconsideration. We have reviewed the record and find no reversible error.[*] Accordingly, we affirm for the reasons stated by the district court. <u>Harris v. Maryland</u>, No. 1:13-cv-02579-JFM (D. Md. Feb. 29, 2016). We deny Appellees' motion for leave to file a surreply. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] In her informal brief, Harris fails to challenge the district court's denial of the motion for reconsideration and, thus, forfeits review of that order. <u>See</u> 4th Cir. R. 34(b) ("The Court will limit its review to the issues raised in the informal brief."); <u>Jackson v. Lightsey</u>, 775 F.3d 170, 177 (4th Cir. 2014) (noting importance of informal brief and Rule 34(b)).